IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LOURDES MILAGROS JIMENEZ CLAUDIO

DEBTOR

CASE NO. 14-01519-MCF

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, LOURDES MILAGROS JIMENEZ CLAUDIO,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated July 9, 2014, herewith and attached to this motion.

2. This proposed amended Plan is filed to cure the "insufficiently funded" issue raised by the Trustee in his unfavorable report, docket #14.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated July 9, 2014.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Lourdes Milagros Jimenez Claudio, and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 9th day of July, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                           Case No. **3:14-bk-1519**

**JIMENEZ CLAUDIO, LOURDES MILAGROS**                         Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/09/2014**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **275.00** x **12** = $ **3,300.00**
$ **290.00** x **48** = $ **13,920.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **17,220.00**

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:

☐ Sale of Property identified as follows:
____

☐ Other:
____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **17,220.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,731.00**

Signed: **/s/ LOURDES M JIMENEZ CLAUDIO**
Debtor

____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Usda Rural Developr**    Cr. ____    Cr. ____
# **9482 Claim 4-1**    # ____    # ____
$ **9,737.88**    $ ____    $ ____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ____    Cr. ____    Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____    Cr. ____    Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
____

5. ☐ Other:
____

6. ☑ Debtor otherwise maintains regular payments directly to:
**Usda Rural Developr**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____    Cr. ____    Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Priority (IRS) Claim #3-1: $2,143.76
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Debtor(s) assumes commercial lease with Martin Colon Rivera.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**    Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE JIMENEZ CLAUDIO, LOURDES MILAGROS
Debtor(s)

Case No. 3:14-bk-1519

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | Martin Colon Rivera | | |

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing        USDA RURAL DEVELOPMENT              US Bankruptcy Court District of P.R.
0104-3                                  FORTUNO & FORTUNO FAS CSP           Jose V Toledo Fed Bldg & US Courthouse
Case 14-01519-MCF13                     PO BOX 9300                         300 Recinto Sur Street, Room 109
District of Puerto Rico                 SAN JUAN, PR 00908-0300             San Juan, PR 00901-1964
Old San Juan
Wed Jul  9 10:46:42 AST 2014

AT&T Mobility Puerto Rico, Inc          Apex Alarms                         Att Services
% AT&T Services, Inc                    Anderson Crenshaw Asso              PO Box 192830
Karen Cavagnaro, Paralegal              12801 N Central Expy Ste            San Juan, PR 00919-2830
One AT&T Way, Room 3A104                Dallas, TX 75243-1716
Bedminster, NJ 07921-2693

Axesa                                   BANCO POPULAR DE PUERTO RICO        Centennial De PR
PO Box 70373                            BANKRUPTCY DEPARTMENT               PO Box 71514
San Juan, PR 00936-8373                 PO BOX 366818                       San Juan, PR  00936-8614
                                        SAN JUAN PR 00936-6818

Claro                                   Departamento De Hacienda            (p)INTERNAL REVENUE SERVICE
PO Box 360998                           PO Box 9024140                      CENTRALIZED INSOLVENCY OPERATIONS
San Juan, PR 00936-0998                 San Juan, PR  00902-4140            PO BOX 7346
                                                                            PHILADELPHIA PA 19101-7346

Juan C Fortuno Fas                      Liberty Cablevision PR              PR Telephone
PO Box 9300                             PO Box 8759                         PO Box 70239
San Juan, PR 00908-0300                 Caguas, PR  00726-8759              San Juan, PR 00936-8239

Santander                               USDA RURAL HOUSING SERVICE          Usda Rural Development
PO Box 2199                             CENTRALIZED SERVICING CENTER        4300 Goodfellow Blvd
San Juan, PR  00919-2199                PO BOX 66879                        Saint Louis, MO 63120-1703
                                        ST. LOUIS, MO 63166-6879

ALEJANDRO OLIVERAS RIVERA               LOURDES MILAGROS JIMENEZ CLAUDIO    MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS      VILLA DEL CARMEN                    OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                          07 CALLE 14                         OCHOA BUILDING
SAN JUAN, PR 00902-4062                 GURABO, PR 00778-2152               500 TANCA STREET  SUITE 301
                                                                            SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                End of Label Matrix
PO Box 21126                            Mailable recipients    21
Philadelphia, PA  19114-0326            Bypassed recipients     0
                                        Total                  21
```