IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LOURDES MILAGROS JIMENEZ CLAUDIO

DEBTOR(S)

CASE NO. 14-01519-MCF

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 7/11/2017

With respect to the above-referred payment plan with a base of $19,740.00 the Trustee Renders the following recommendation:

[ ] FAVORABLE            [X] UNFAVORABLE

The liquidation value of the estate is: $357.00  (PV$ 414.00)

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):** As per this Post Confirmation Modification of Plan; debtor is in arrears in the amount of $580.00.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

**4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**Plan disburses $338.62 to unsecured creditors, while liquidation value paid at its present value requires debtor to pay 414.00 to said creditors.**

**6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

**No provision for Priority Department of Treasury POC 5.**

**7. [X] OTHER:**

**Debtor should provide copy of the state tax returns 2014, 2015, 2016 and 1040 PR 2014, 2015, 2016.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 7/12/2017

<u>ROBERTO FIGUEROA</u>
COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV