**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**LOURDES MILAGROS JIMENEZ CLAUDIO aka LOURDES M JIMENEZ CLAUDIO, dba LOURDES NAIL'S**

xxx–xx–8382

Debtor(s)

Case No. **14–01519 MCF**

Chapter **13**

FILED & ENTERED ON 11/14/17

***ORDER***

The motion to modify plan filed by chapter 13 trustee (docket entry #54) is hereby granted. Debtor's(s)' is ordered to file a modified plan within fourteen (14) days or the case shall be dismissed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, November 14, 2017 .

Mildred Caban Flores
United States Bankruptcy Judge