IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LOURDES MILAGROS JIMENEZ CLAUDIO

DEBTOR(S)

CASE NO. 14-01519-MCF

CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 5/7/2018

With respect to the above-referred payment plan with a base of $19,839.00 the Trustee Renders the following recommendation:

☐ FAVORABLE                    ☒ UNFAVORABLE

The liquidation value of the estate is: $357 (PV $414.00)

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):** Debtor is in arrears for $844.00.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 8/15/2018

<u>ROBERTO FIGUEROA</u>

COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-EN