15-33

UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO
<u>MINUTES OF HEARING</u>

*Hearing Information:*

| | | | | |
|---|---|---|---|---|
| **Debtor:** | LOURDES JIMENEZ CLAUDIO | | **Case Number:** | 14-01519-MCF |
| **Joint Debtor:** | | | **Chapter:** | 13 |
| **Date / Time / Room:** | 8-23-2018 at 9:05 AM | | **Courtroom:** | 03 |
| **Bankruptcy Judge:** | MILDRED CABAN FLORES | | | |
| **Courtroom Clerk:** | MARIBEL MONTALVO | | | |
| **Reporter / ECR:** | JOSE ROMO | | | |

*Matter:*
DEBTOR'S MOTION FOR POST CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN DATED
5/7/2018 (DKT #89)

*Appearances:*  ☐ Debtor          ☐ Creditors/Others:

☐ Debtor's Attorney

☑ Trustee

*Proceedings:*
**ORDER:**

☐ Debtor's post confirmation modification of plan dated _____ (Dkt # ___) is hereby GRANTED as stated and/or agreed to in open Court.

☐ The Clerk is to follow up on debtor's post confirmation modified plan dated _____ (Dkt # ___). If no objections are filed, the same will be approved without the need for a hearing.

☐ The parties are GRANTED ___ days to file a settlement agreement. The Clerk is to follow up.

☐ Debtor[s]' request for conversion to Chapter 7 is hereby GRANTED. ☐ The conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.

☐ Debtor[s]' request for dismissal is hereby GRANTED.

☐ There being no opposition, debtor[s]' request for Reconsideration of the Dismissal (Dkt #___) is hereby GRANTED. Order Dismissing Case entered on (Dkt #___) is vacated and set aside.

☐ The Objection to Claim No. ___ filed by _____ (Dkt # ___) is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN.

☑ The Hearing on Contested matter is continued to: *October 16, 2018, at 9:00 AM.*

☐ Other:

/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge