## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 14-01519/MCF |
| | * | |
| LOURDES MILAGROS JIMENEZ CLAUDIO | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

### DEBTOR'S MOTION IN COMPLIANCE WITH ORDER, DOCKET #106.

TO THE HONORABLE COURT:

**NOW COMES, LOURDES MILAGROS JIMENEZ CLAUDIO,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. Before the Court there is a motion to dismiss filed by the Chapter 13 Trustee, Docket no. 104.

2. On July 17, 2019, this Honorable Court granted the Debtor thirty (30) days to file evidence of being current, Order due by August 16, 2019, Docket No. 106.

3. The Debtor hereby respectfully informs the Court that on August 13, 2019, she made one (1) $835.00 payment to the Trustee. Attached is evidence of the payment to the Trustee.

4. The Debtor respectfully submits that she is up-to-date in the confirmed Plan payments she have completion all payments under the plan thus, respectfully requests the Court to take note of said Plan payments and deny the Trustee motion to dismiss, Docket no. 104, in the above captioned case.

**WHEREFORE,** the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order* dated July 17, 2019, Docket no.106, in the above case.

Page – 2-
Debtor's Motion in Compliance with Order
Case no. 14-01519/MCF13


I CERTIFY that on this same date a copy of this motion was filed with the Clerk of

the Court using the CM/ECF filing system which will send sent notice of same to: the

Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor

Lourdes Milagros Jimenez Claudio, Villa del Carmen O7 Calle 14, Gurabo R 00778.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 15th day of August,

2019.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

3:00 🕐 ⚇ ▶ ▶ ▶ ▶ ⑧ ⚙ 🎧 ⊘ 🎧 f ⋯ 🛜 �📶 30% 🔋

## Capitulo 13 Alejandro Oliveras
Español

Amount: **$835.00**

### Step 3 of 3 - Payment Receipt

 Payment Completed

# Thank you!

Your reference number is 20e5c03385f2e5a
Your authorization number is **217519**

**LOURDES MILAGROS JIM**, your payment of **$835.00** has
been completed on **August 13, 2019** with **PERSONAL
SAVINGS** ending in — **9643**.

**Payment Description:** ACH

Save the above information as evidence of the payment
made to the merchant. A payment confirmation email has
been sent to **lourdesjimenez@gmail.com**

Return

 

Return Policy

7.0.0.0

||| ◯ ‹