**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**LOURDES MILAGROS JIMENEZ CLAUDIO**<br>**aka LOURDES M JIMENEZ CLAUDIO, dba**<br>**LOURDES NAIL'S**<br><br>**xxx–xx–8382**<br><br>Debtor(s) | Case No. **14–01519 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 8/20/19 |

***ORDER***

Upon debtor's (s') reply (see docket entry #108), the motion to dismiss filed by Trustee (docket entry #104) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, August 20, 2019 .

Mildred Caban Flores
United States Bankruptcy Judge